# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| VENATOR MATERIALS PLC, *et al.*,[1] | ) Case No. 23-90301 (DRJ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE OF THE JOINT PREPACKAGED PLAN OF REORGANIZATION OF VENATOR MATERIALS PLC AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE (FURTHER TECHNICAL MODIFICATIONS)

On July 25, 2023, David R. Jones, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "Court"), entered the *Order (I) Approving the Debtors' Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Venator Materials PLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, (II) Confirming the Joint Prepackaged Plan of Reorganization of Venator Materials PLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications), and (III) Granting Related Relief* [Docket No. 344] (the "Confirmation Order") confirming the Plan[2] of the above-captioned debtors (the "Debtors").

The Effective Date of the Plan occurred on **October 12, 2023**.

The Confirmation Order and the Plan are available for inspection.  If you would like to obtain a copy of the Confirmation Order or the Plan, you may contact Epiq Corporate Restructuring, LLC, the claims and noticing retained by the Debtors in these chapter 11 cases (the "Claims and Noticing Agent"), by:  (a) emailing venator@epiqglobal.com; or (b) calling the Debtors' restructuring hotline at (888) 716-3497 (US toll free) or (503) 436-6147 (international). You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at:  https://ecf.txsb.uscourts.gov.  Copies of certain orders, notices, and pleadings, as well as other information regarding these chapter 11 cases, are also available for inspection free of charge online at https://dm.epiq11.com/Venator.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/Venator.  The Debtors' service address in these chapter 11 cases is:  Hanzard Drive, Titanium House, Stockton on Tees, Wynyard Park, TS22 5FD, United Kingdom.

[2] Capitalized terms used but not defined herein have the meanings given to them in the *Joint Prepackaged Plan of Reorganization of Venator Materials PLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications)* [Docket No. 320] (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan").

The Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article VIII of the Plan.

The Plan and its provisions are binding on the Debtors, Reorganized Debtors, Disbursing Agent, and any Holder of a Claim or an Interest and such Holder's respective successors and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

The Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

Houston, Texas
October 12, 2023

/s/ *Jennifer F. Wertz*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Steven N. Serajeddini, P.C. (admitted *pro hac vice*) |
| Victoria Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| Beau Butler (TX Bar No. 24132535) | New York, New York 10022 |
| 1401 McKinney Street, Suite 1900 | Telephone:  (212) 446-4800 |
| Houston, TX 77010 | Facsimile:  (212) 446-4900 |
| Telephone:  (713) 752-4200 | Email:  steven.serajeddini@kirkland.com |
| Facsimile:  (713) 752-4221 | |
| mcavenaugh@jw.com | |
| jwertz@jw.com | -and- |
| vargeroplos@jw.com | |
| bbutler@jw.com | |
| | Jeffrey T. Michalik (admitted *pro hac vice*) |
| | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |
| | Email:  jeff.michalik@kirkland.com |
| | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

## Certificate of Service

      I certify that, on October 12, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Jennifer F. Wertz*
                                                Jennifer F. Wertz