United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| VENATOR MATERIALS PLC, *et al.*,[1] | ) Case No. 23-90301 |
| Reorganized Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. 565** |

**FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the above-captioned debtors (collectively, the "Debtors," and after the Effective Date of the Plan, collectively, the "Reorganized Debtors") for entry of a final decree (this "Final Decree") pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, closing the Affiliate Cases, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://dm.epiq11.com/Venator. The Reorganized Debtors' service address in these chapter 11 cases is: Hanzard Drive, Titanium House, Stockton on Tees, Wynyard Park, TS22 5FD, United Kingdom.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any; and this Court having determined that the legal and factual bases in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The following Chapter 11 Cases are hereby closed; *provided* that this Court shall retain jurisdiction as provided in the Plan, the Confirmation Order, and this Final Decree:

| Debtor | Case No. |
|---|---|
| Venator Americas Holdings LLC | 23-90304 |
| Venator Chemicals LLC | 23-90310 |
| Venator Chemicals France SAS | 23-90307 |
| Venator Finance S.à r.l. | 23-90317 |
| Venator France SAS | 23-90302 |
| Venator Germany GmbH | 23-90303 |
| Venator Group | 23-90305 |
| Venator Group Canada Inc | 23-90306 |
| Venator Group Services Limited | 23-90312 |
| Venator Holdings Germany GmbH | 23-90315 |
| Venator Investments Ltd | 23-90308 |
| Venator International Holdings UK Limited | 23-90322 |
| Venator International France SAS | 23-90319 |
| Venator Investments UK Limited | 23-90309 |
| Venator Materials LLC | 23-90300 |
| Venator Materials International UK Limited | 23-90313 |
| Venator Materials PLC | 23-90301 |
| Venator Materials UK Limited | 23-90316 |
| Venator P&A Finland Oy | 23-90318 |
| Venator P&A Holdings UK Limited | 23-90320 |
| Venator P&A Spain S.L.U. | 23-90321 |
| Venator Pigments France SAS | 23-90323 |
| Venator Uerdingen GmbH | 23-90311 |

| Venator Wasserchemie Holding GmbH | 23-90314 |

2. The Reorganized Debtors (i) shall file, no later than January 31, 2024, post-confirmation reports for the fourth quarter of 2023 through the date of entry of the Final Decree and serve a true and correct copy of said reports on the U.S. Trustee, and (ii) shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) with respect to the Reorganized Debtors for the Chapter 11 Cases by the later of (a) 21 days after the date of entry of the Final Decree and (b) the date on which such quarterly fees are otherwise due; *provided* that such quarterly fees shall be paid no later than January 31, 2024. This Court shall retain jurisdiction to enforce fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

3. Entry of this Final Decree is without prejudice to (a) the rights of the Reorganized Debtors, the U.S. Trustee, or any party in interest to seek to reopen any of the Chapter 11 Cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the rights of the Reorganized Debtors or any entity authorized pursuant to the Plan, as applicable, to dispute any claims filed against any of the Reorganized Debtors in these Chapter 11 Cases, as provided in the Plan and the Confirmation Order.

4. This Final Decree shall be effective and enforceable upon its entry.

5. The Reorganized Debtors and any entity authorized pursuant to the Plan, and their respective agents, are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

6. Nothing in this Final Decree shall change the amount or nature of any distribution, or any other substantive rights, that any claim against or interest in any Debtor would have been entitled to under the Plan, the Confirmation Order, the Bankruptcy Code, the Bankruptcy Rules, or otherwise, had this Final Decree not been entered.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.

Signed: December 14, 2023

_____
Christopher Lopez
United States Bankruptcy Judge